USDC SCAN INDEX SHEET

















SWD 9/19/05 14:27

3:05-CV-01802 METABOLIFE INTL INC V.

*1*

*PCSO.*

DAVID L. OSIAS (BAR NO. 091287)
DEBRA A. RILEY (BAR NO. 151925)
EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE & MALLORY LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: dosias@allenmatkins.com
driley@allenmatkins.com
tfates@allenmatkins.com

Attorneys for Debtors in Possession
METABOLIFE INTERNATIONAL, INC. and
ALPINE HEALTH PRODUCTS, LLC

FILED
05 SEP 16 PM 4:00
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>METABOLIFE INTERNATIONAL, INC. and ALPINE HEALTH PRODUCTS, LLC,<br><br>Debtors. | '05 CV 1802 IEG (RBB)<br>Civ. Case No.<br><br>PETITION UNDER 28 U.S.C. § 157(b)(5) FOR AN ORDER (1) DETERMINING THAT PERSONAL-INJURY TORT AND WRONGFUL-DEATH CLAIMS, WHICH CANNOT BE TRIED IN A BANKRUPTCY COURT, SHALL BE HEARD IN THIS DISTRICT COURT RATHER THAN IN OTHER DISTRICT COURTS SCATTERED AROUND THE COUNTRY AND (2) GRANTING RELATED AND ANCILLARY RELIEF NECESSARY FOR IMPLEMENTING THAT DETERMINATION<br><br>Date: October 24, 2005<br>Time: 10:30 a.m.<br>Ctrm: 1<br>Judge: Hon. Irma E. Gonzalez |

Metabolife International, Inc., debtor in possession ("Metabolife"), and its wholly owned subsidiary Alpine Health Products, LLC, debtor in possession ("Alpine Health Products," and together with Metabolife, the "Debtors in Possession"), hereby petition this Court under 28 U.S.C. § 157(b)(5) for an order (1) determining that personal-injury tort and wrongful-death claims, which cannot be tried in a bankruptcy court, shall be heard in this district court rather than in other

district courts scattered around the country and (2) granting related and ancillary relief necessary for implementing that determination (the "Petition").

1. On June 30, 2005, the Debtors in Possession each filed a petition under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of California. Metabolife sold (and Alpine Health Products manufactured) products containing ephedra, about which substantial health questions have been raised.

2. At the time the petitions were filed, there were approximately 362 personal injury tort or wrongful death actions pending against one or both of the Debtors in Possession (the "Ephedra Actions"). Some, but not all, of the Ephedra Actions include claims against third parties, such as the contract manufacturer, the retailers who sold the products to consumers, and others involved in the distribution of the products. Before the petitions were filed, 200 or so of the Ephedra Actions were transferred for pretrial purposes only to the District Court for the Southern District New York as part of a multi-district litigation. The remaining 162 or so actions (the "Non-MDL Actions") are pending in various state and federal courts around the country, including approximately 90 that have been coordinated in San Diego Superior Court.

3. Under 28 U.S.C. § 1334, this Court (*i.e.*, the district court) has original subject-matter over the two chapter 11 cases and proceedings connected thereto. By operation of sections 151 and 157 of the Judicial Code and this Court's general order of reference,[1] the bankruptcy judges are authorized to hear these cases and proceedings. (Strictly speaking, the bankruptcy courts exercise authority rather than jurisdiction per se.) Those Proceedings are divided into "core" and "noncore" matters.

4. The Ephedra Actions assert a category of claims that receive special treatment under the Judicial Code: personal-injury tort or wrongful-death claims ("PITWD" claims). Section 157(b)(2) of the Judicial Code specifically states that the liquidation or estimation of such claims against the estate are noncore. Because a bankruptcy court cannot enter final orders and judgments[2] in noncore proceedings, the district court must try these Ephedra claims.

---

[1] General Order 312-D entered May 13, 1985.

[2] That is, an order or judgment that is subject to appellate review rather than *de novo* determination by the district court.

5. The next question, and the gist of this petition, is *which* federal district court? Under 28 U.S.C. § 157(b)(5), the choices are the district court for the district in which the bankruptcy case is pending — the "home" court — or the district court for the district in which the claim arose. The latter outcome would mean that the Ephedra Actions, all of which share many important common facts and legal issues, would be scattered across the country. Section 157(b)(5) also specifies that the home court — this Court — is the only court that may decide the question.

6. Thus, the Debtors in Possession request entry of an order determining that all ephedra claims (including the claims against third parties) be heard in this Court. (As discussed in the supporting memorandum, it is the specific and reasonable hope and expectation of the players involved with the Ephedra Actions and the ephedra claims that the ephedra claims will be resolved through a more streamlined process than trial. The chance that this Court's workload will suddenly be increased by full-blown trials on 362 civil actions is remote.)

7. This order will affect all Ephedra Actions (including claims against third parties) and ephedra claims, including the MDL Actions, ***for trial***. The MDL Actions are already being coordinated for pretrial purposes in the MDL (which by law cannot try the claims). This order will ***not*** determine what should happen to the Ephedra Actions in the MDL for present pretrial matters. For the time being, those Ephedra Actions will remain in the Southern District of New York. Also for the time being, the pretrial proceedings for the non-MDL Actions will proceed before this Court (with such pretrial assistance from the bankruptcy court as is appropriate, in consideration of the practice in other noncore proceedings where the bankruptcy court retains pretrial responsibility and the district court withdraws the matter only for the actual determinations).

8. This means that the pretrial work will remain, for the time being, in two districts: the Southern District of California and the Southern District of New York. The determination of the obvious next question — pretrial in two courts or one, and if one, which coast — will not be made today, and all parties reserve all rights to lobby (and argue in court) for one outcome or

another. The first step, however, is to comply with section 157(b)(5) and determinate the location of trial on the Ephedra PITWD claims.

9. To implement the Court's determination and maximize the efficiency of the process, the Debtors in Possession propose that the order also authorize and direct the transfer of the Ephedra Actions (including the claims against third parties), whether pending in state or federal court, to this Court. As discussed in the memorandum, these 157(b)(5) orders are almost routine in mass-tort chapter 11 cases, and the procedures worked out in those cases will guide how the mechanics of such transfers are handled here.

10. The Petition is supported by the Notice of Petition, Memorandum of Points and Authorities, Declaration of Christopher R. Barclay, and such other evidence (including facts of which this Court may take judicial notice, especially the proceedings in the bankruptcy court) or argument as may properly be presented at or before the hearing on the Petition.

WHEREFORE Metabolife and Alpine Health Products, debtors in possession, request the relief set forth above and as detailed in the accompanying memorandum and granting such additional relief as this Court deems just and proper.

Dated: September 16, 2005

By: Robert R. Barnes

DAVID L. OSIAS
ROBERT R. BARNES
ALLEN MATKINS LECK GAMBLE & MALLORY LLP
Attorneys for Debtors in Possession
METABOLIFE INTERNATIONAL, INC. and ALPINE HEALTH PRODUCTS, LLC

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**

In re Metabolife International, Inc. and Alpine Health Products, LLC, Debtors in Possession.
U.S. Bankruptcy Court, Southern District of California, Case No. 05-6040-H11

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

FILED
05 SEP 16 PM 3:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.
DEPUTY

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

David L. Osias (CA Bar No. 091287)
Allen Matkins Leck Gamble & Mallory LLP
501 West Broadway, 15th Floor
San Diego, CA 92101
Telephone: (619) 233-1155

ATTORNEYS (IF KNOWN)

'05 CV 1802 IEG (RBB)

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. sec. 157(b)(5), motion for determination that this district court shall hear all pending personal injury tort and/or wrongful death claims against the Debtors in Possession and ancillary relief.

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

PERSONAL INJURY
- [ ] 362 Personal Injury - Medical Malpractice
- [X] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth In Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motion to Vacate Sentence

HABEAS CORPUS:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Conditions

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (13958)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reappointment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 **DEMAND $** 0.00
CHECK YES only if demanded in complaint: **JURY DEMAND:** [ ] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ____ Docket Number ____

DATE September 16, 2005 SIGNATURE OF ATTORNEY OF RECORD David L. Osias

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

CR # 117245 $250.00 γ 9-16-05