USDC SCAN INDEX SHEET

















JAH    4/6/06    13:47

3:05-CV-01802    METABOLIFE INTL INC V.

*32*

*NTCF.*

David J. Molton
**BROWN RUDNICK BERLACK ISRAELS LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 704-0100
Facsimile: (212) 704-0196

William R. Baldiga
**BROWN RUDNICK BERLACK ISRAELS LLP**
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8182

Ali M.M. Mojdehi, State Bar No. 123846
Christine E. Baur, State Bar No. 207811
**BAKER & McKENZIE LLP**
101 West Broadway, Twelfth Floor
San Diego, CA 92101-3890
Telephone: (619) 236-1441
Facsimile: (619) 236-0429

Counsel to the Official Committee of Unsecured Creditors

FILED
06 APR -5 PM 1:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 05cv 1802-IEG (RBB) |
| MII LIQUIDATION INC., f/k/a METABOLIFE INTERNATIONAL, INC., a California corporation, | **NOTICE OF FILING OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ORDER** |
| Debtor. | Dept: 1<br>Judge: Hon. Irma E. Gonzalez |

Baker & McKenzie LLP
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
+1 619 236 1441

SDODMS1/660295.2

CASE NO. 05 CV 1802-IEG
NOTICE OF FILING JPML ORDER

The Official Committee of Unsecured Creditors (the "Committee") appointed in Chapter 11 bankruptcy case of debtor MII Liquidation, Inc. f/k/a Metabolife International, Inc. ("Debtor") pending in the United States Bankruptcy Court for the Southern District of California (Case Number 05-06040 JH11), respectfully submits a copy of the order that was entered on February 16, 2006 by the Judicial Panel on Multidistrict Litigation (the "Panel") on the Debtor's and other movants' motions to vacate the Panel's orders conditionally transferring actions to the Southern District of New York for inclusion in the MDL-1598 proceedings. The order is attached hereto as Exhibit "A" for the Court's information.

Dated: April 4, 2006

BAKER & McKENZIE LLP

By: _____
Ali M.M. Mojdehi
Christine E. Baur

-- and --

BROWN RUDNICK BERLACK ISRAELS LLP
William R. Baldiga
David J. Molton

Counsel for Official Committee of Unsecured Creditors

Baker & McKenzie LLP
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
+1 619 236 1441

SDODMS1/660295.2

2

CASE NO. 05 CV 1802-IEG
NOTICE OF FILING JPML ORDER

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 16 2006

FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

## DOCKET NO. 1598

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,\* ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

### TRANSFER ORDER

Presently before the Panel are motions by various defendants,[1] pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate the Panel's orders conditionally transferring the actions listed on Schedule A to the Southern District of New York for inclusion in the Section 1407 proceedings occurring there in this docket. Plaintiffs in these actions along with the Metabolife Official Committee of Unsecured Creditors oppose the motions and favor inclusion of the actions in MDL-1598 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Southern District of New York, and that transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The Panel further finds that transfer of these actions is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Southern District of New York was a proper Section 1407 forum for actions involving claims of liability for the allegedly adverse effects of ingesting ephedra-containing products. *See In re Ephedra Products Liability Litigation,* 314 F.Supp.2d 1373 (J.P.M.L. 2004).

Opposing defendants argue that 1) in the order fixing venue under 28 U.S.C. § 157(b)(5) for trial of all ephedra personal injury tort/wrongful death (PITWD) Metabolife actions in the Southern District of California, the California district court did not contemplate that all PITWD actions would be

---

\* Judge Motz took no part in the decision of this matter.

[1] Metabolife International, Inc. (Metabolife); Alpine Health Products, LLC; The Chemins Company, Inc.; American Drug Stores, Inc.; Costco Wholesale Corp.; Rite Aid Corp.; Sam's West, Inc.; Target Corp.; Wal-Mart Stores, Inc.; and Wal-Mart Stores Texas, LP.

-2-

subsequently transferred under Section 1407 to the Southern District of New York for inclusion in continuing MDL-1598 pretrial proceedings; and 2) in light of the fact that these actions are currently subject to the bankruptcy stay, no reason exists to include them in MDL-1598 proceedings at this time. We are unpersuaded by these arguments. In its order, the California district court recognized that MDL-1598 proceedings involving approximately 200 Metabolife PITWD actions are ongoing in the New York district and ordered that these actions should remain in the Southern District of New York until such time, if any, that trial of the actions becomes appropriate. The California district court also denied without prejudice all requests for relief regarding pretrial management of the non-MDL-1598 Metabolife actions which it ordered transferred under Section 157(b)(5) to the Southern District of California. While we applaud the ongoing efforts of the California bankruptcy court and the MDL-1598 court to coordinate mediation and other pretrial proceedings, inclusion of all Metabolife PITWD actions in MDL-1598 proceedings has the salutary effect of placing all the related actions before a single judge who can formulate a pretrial program that: 1) prevents repetition of previously considered matters, *see In re Vioxx Products Liability Litigation*, MDL-1657 (J.P.M.L. December 2, 2005) (unpublished order); and 2) ensures that pretrial proceedings will be conducted in a streamlined manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties. *See In re StarLink Corn Products Liability Litigation*, 152 F.Supp.2d 1378 (J.P.M.L. 2001). To hold otherwise would essentially create a second pretrial proceeding for more than 160 ephedra PITWD actions–the antithesis of the efficiency sought by both Section 1407 and the Bankruptcy Code.[2] The MDL transferee judge is in the best position to determine when the PITWD Metabolife actions should be remanded under Section 1407(a) to the Southern District of California and procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A[3] are transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Jed S. Rakoff for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman

---

[2] *In re United States Lines, Inc.*, C.A. No. 97-6727, 1998 WL 382023, at * 7 (S.D.N.Y. July 9, 1998), *aff'd*, 216 F.3d 228 (2d Cir. 2000). *See also In re Dow Corning Corp.*, 187 B.R. 919 (E.D. Mich. 1995), *rev'd on other grounds*, 103 F.3d 129 (6th Cir. 1996).

[3] Southern District of California civil action numbers have not yet been assigned to some of the actions listed on Schedule A, which were pending outside the Southern District of California when the Panel issued its conditional transfer orders. In essence, these actions are now venued in the California federal district by virtue of the November 3, 2005, Section 157(b)(5) transfer.

## SCHEDULE A

MDL-1598 — In re Ephedra Products Liability Litigation

### Southern District of California

*Linda Llewellyn, et al. v. Metabolife International, Inc., et al.*, C.A. No. 3:06-187
  (Formerly S.D. California, Bky. Advy. No. 3:05-90411)
*Patricia Naugle v. Metabolife International, Inc., et al.*, C.A. No. 3:06-188
  (Formerly S.D. California, Bky. Advy. No. 3:05-90413)
*Dee Dee Friddle, et al. v. Metabolife International, Inc., et al.*, C.A. No. 3:06-191
  (Formerly S.D. California, Bky. Advy. No. 3:05-90412)
*Dora Morris, et al. v. Metabolife International, Inc., et al.*, C.A. No. 3:06-192
  (Formerly S.D. California, Bky. Advy. No. 3:05-90417)
*Joann Maloney, et al. v. Metabolife International, Inc., et al.*, C.A. No. 3:06-193
  (Formerly S.D. California, Bky. Advy. No. 3:05-90422)
*Barbara Bower v. Metabolife International, Inc., et al.*, C.A. No. 3:06-194
  (Formerly S.D. California, Bky. Advy. No. 3:05-90424)
*Terrill Armbrister v. Metabolife International, Inc., et al.*, C.A. No. 3:06-196
  (Formerly S.D. California, Bky. Advy. No. 3:05-90421)
*Dennis Chaney v. Metabolife International, Inc., et al.*, C.A. No. 3:06-197
  (Formerly S.D. California, Bky. Advy. No. 3:05-90416)
*Wendy Davis v. Metabolife International, Inc., et al.*, C.A. No. 3:06-198
  (Formerly S.D. California, Bky. Advy. No. 3:05-90415)
*Jacqueline Lee Brock, et al. v. Metabolife International, Inc.*, C.A. No. 3:06-199
  (Formerly S.D. California, Bky. Advy. No. 3:05-90414)
*Carol Smith v. Metabolife International, Inc., et al.*, C.A. No. 3:06-200
  (Formerly S.D. California, Bky. Advy. No. 3:05-90423)
*Opal Jenkins v. Metabolife International, Inc., et al.*, C.A. No. 3:06-214
  (Formerly E.D. Arkansas, Bky. Advy. No. 2:05-1265)

### Northern District of Illinois

*Edward Foster, et al. v. Metabolife International, Inc., et al.*, C.A. No. 1:05-4759

### Southern District of Illinois

*John Paul Hawkins v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-3281

### District of New Mexico

*Emily Lujan v. Chemins Co., Inc., et al.*, Bky. Advy. No. 1:05-1212

...

-A2-

### Southern District of Ohio

*Sherri Watters v. Metabolife International, Inc., et al.*, C.A. No. 1:05-444

### Northern District of Texas

*Philip Christopher Overstreet v. Metabolife International, Inc., et al.*,
  C.A. No. 3:05-1923

### Southern District of Texas

*Jason McMeekin v. Metabolife International, Inc., et al.*, C.A. No. 3:05-519

### Western District of Texas

*Leatrice J. Lewis v. Metabolife International, Inc., et al.*, C.A. No. 5:05-948

| | |
|---|---|
| 1 | Ali M.M. Mojdehi, State Bar No. 123846 |
| | Christine E. Baur, State Bar No. 207811 |
| 2 | **BAKER & McKENZIE LLP** |
| | 101 West Broadway, Twelfth Floor |
| 3 | San Diego, CA 92101-3890 |
| | Telephone: (619) 236-1441 |
| 4 | Facsimile: (619) 236-0429 |
| 5 | David J. Molton, *Pro Hac Vice* |
| | **BROWN RUDNICK BERLACK ISRAELS LLP** |
| 6 | 7 Times Square |
| | New York, NY 10036 |
| 7 | Telephone: +1 212 704 0100 |
| | Facsimile: +1 212 704 0196 |
| 8 | |
| | William R. Baldiga, *Pro Hac Vice* |
| 9 | **BROWN RUDNICK BERLACK ISRAELS LLP** |
| | One Financial Center |
| 10 | Boston, MA 02111 |
| | Telephone: +1 617 856 8594 |
| 11 | Facsimile: +1 617 856 8182 |
| 12 | |
| 13 | Counsel to the Official Committee of Unsecured Creditors |

14   UNITED STATES BANKRUPTCY COURT

15   SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | In re: | Case No. 05 cv 1802-IEG (RBB) |
| 17 | MII LIQUIDATION INC., f/k/a METABOLIFE INTERNATIONAL, INC., a California corporation, | |
| 18 | | **PROOF OF SERVICE** |
| 19 | Debtor. | |

24   I, Sam Aghili, hereby declare as follows:

25   I am employed in the City and County of San Diego, California. I am over the age of 18

26   years and not a party to the within action. My business address is 101 West Broadway, Twelfth

27   Floor, San Diego, California 92101.

28   On April 5, 2006, I caused to be served:

- 1 -

Baker & McKenzie LLP
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
+1 619 236 1441

SDODMS1/660309.1

CASE NO 05-06040 H11
PROOF OF SERVICE

# NOTICE OF FILING OF JUDICIAL PANEL OF MULTIDISTRICT ORDER

on the parties in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

## SEE ATTACHED SERVICE LIST

☒ (BY U.S. MAIL) I placed each such sealed, prepaid envelope, for collection and mailing at Baker & McKenzie LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FEDERAL EXPRESS) I placed each such sealed envelope, to be collected at Baker & McKenzie, San Diego, California, following ordinary business practices. I am familiar with the practice of Baker & McKenzie for collection and processing of overnight packages, said practice being that in the ordinary course of business, overnight packages are picked up by a representative of that company to be sent that same day.

☐ [BY ELECTRONIC MAIL ("E-MAIL") VIA PDF/ADOBE] I caused such documents to be sent via e-mail to the below-listed names (as noted) and e-mail addresses and received confirmation electronic receipts indicating that this document was successfully transmitted to the parties named on the service list.

☐ (BY FACSIMILE) Pursuant to agreement of counsel and California Rules of Court, Rule 2006, I transmitted the above documents by facsimile to the referenced facsimile number(s). The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above by AMS Courier, 2870 4th Avenue, Suite 102, San Diego, CA 92103. The actual Declaration of Personal Service shall be filed upon its receipt within the applicable statutory deadline.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on April 5, 2006, at San Diego, California.

                                                          /s/ Sam Aghili
                                                          Sam Aghili

Baker & McKenzie LLP
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
+1 619 236 1441

SDODMS1/660309.1

- 2 -

CASE NO 05-06040 H11
PROOF OF SERVICE

**Service List**
**In re Metabolife International, Inc. and Alpine Health Products, LLC**
**Case No. 05-6040-JH11**

Attorneys for Debtors
David L. Osias, Esq.
Debra Riley, Esq.
Allen Matkins Leck Gamble & Mallory LLP
501 West Broadway, Ninth Floor
San Diego, CA 92101-3577

Office of the United States Trustee
Tiffany Carroll, Esq.
402 West Broadway, Suite 600
San Diego, CA 92101

Attorney for Shareholders
Victor A. Vilaplana, Esq.
Seltzer Caplan Wilkins & McMahon
750 B Street, #2100
San Diego, CA 92101

Attorneys for Shareholders
Peter J. Gurfein, Esq.
Akin Gump Strauss Hauer & Feld
2029 Century Park East, #2400
Los Angeles, CA 90067

Attorneys for Official Committee of Retailers
Laura S. Taylor
Sheppard Mullin Richter & Hampton LLP
501 West Broadway, 19th Floor
San Diego, California 92101-3598

Attorneys for Michael Ellis and Michael Blevins
Steven M. Strauss
Alisa A. Martin
Cooley Godward LLP
4401 Eastgate Mall
San Diego, California 92121

Attorney for Stalking Horse Buyer
Peter M. Gilhuly, Esq.
Latham & Watkins
633 West Fifth St., #400
Los Angeles, CA 90071

Office of the United States Attorney
Phil Halpern, Esq.
U.S. Attorney's Office
880 Front Street, #6293
San Diego, CA 92101

Attorneys for Certain Insurance Companies
Michael G. Ballnik, Esq.
Cozen O'Connor
1201 Third Avenue, #5200
Seattle, WA 98101

Attorneys for Certain Insurance Companies
Richard K. Traub, Esq.
Traub Eglin Lieberman & Strauss
100 Metroplex Drive, #203
Edison, NJ 08817

Attorneys for Wal-Mart, Inc.
Todd W. Ruskamp, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Attorneys for Wal-Mart, Inc.
Paul La Scala, Esq.
Shook, Hardy & Bacon, LLP
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614-2546

Attorneys for Willard Westfall
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Attorneys for Harris County, City of Houston, Houston Independent School District, Montgomery County
John P. Dillman
Attorney in Charge for Taxing Authorities
Post Office Box 3064
Houston, Texas 77253-3064

Attorneys for City of Memphis, Northwest ISD
Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, Texas 75201

Attorneys for CVS Pharmacy, Inc. and certain of its affiliates
Domenic E. Pacitti, Esq.
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

SDODMS1/660309.1

Christopher R. Barclay
Mack Barclay, Inc.
402 West Broadway, 9th Floor
San Diego, CA 92101

Chief, Special Procedures
Internal Revenue Service
Post Office Box C-13
Laguna Niguel, CA 92677-1300

Securities & Exchange Commission
Attention: Sandra W. Lavigna
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

Attorneys for GNCI Oldco, et al.
Michael S. Etkin, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Navistar Leasing
425 N Martingale Road, 18th Floor
Schaumburg, Il 60173

Attorneys for Certain Plaintiffs
William M. Audet
Ryan M. Hagan
Alexander, Hawes & Audet, LLP
152 North Third Street, Suite 600
San Jose, CA 95112

Attorneys for Certain Plaintiffs
James P. Frantz
Frantz, Townsend & Foldenaur, LLP
600 West Broadway, Suite 1200
San Diego, CA 92101

Attorneys for Certain Plaintiffs
Charlotte C. McDaniel
Grodner and Associates
2223 Quail Rune Drive, Suite B-1
Baton Rouge, LA 70808

Creditors
Edward C. Walton
Justin E. D. Daily
Walton & Associates
600 West Broadway, Suite 1530
San Diego, CA 92101]

Holly Rogers
Riverside Claims LLC
P. O. Box 626
Planetarium Station
New York, New York 10024

Attorneys for Target Corporation
Dennis M. Ryan
James D. H. Loushin
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Attorneys for The Kroger Co.
Martha C. Sarra, Esq.
c/o The Kroger Co.
Law Department
1014 Vine Street
Cincinnati, Ohio 45202

Attorneys for Navistar Financial Corporation
Marshall F. Goldberg
Glass & Goldberg
21700 Oxnard Street, Suite 430
Woodland Hills, California 91367-3665

Attorneys for HEB Grocery Company, L.P
Patrick H. Autry
Plunkett & Gibson, Inc.
70 N. E. Loop 410, Suite 1100
San Antonio, Texas 78216

The Chemins Company, Inc.
c/o Walsworth, Franklin, Bevins & McCall LLP
Attention: Lawrence E. Duffy, Jr.
1 City Boulevard West, Fifth Floor
Orange, California 92868-3677

Attorneys for William Green
Robert G. Rikard
Whetstone, Myers, Perkins & Young
1303 Blanding Street
Post Office Box 8086
Columbia, South Carolina 29202

Attorneys for Bally Total Fitness Corporation
Janet A. Shapiro
The Shapiro Law Firm
Gale-Wilshire Building
212 South Gale Drive
Beverly Hills, CA 90211-3406

Laura M. Bueno
Metro Networks Communication, Limited Partnership
40 West 57th Street, 15th Floor
New York, New York 10019

Tenessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P. O. Box 20207
Nashville, Tennessee 3720200207

Attorneys for Ronnie Allen
Lance H. Lubel
J. Robert Black
Heard, Robins, Cloud & Lubel, L.L.P.
500 Dallas, Suite 3100
Houston, Texas 77002

Attorneys for Ronnie Allen
Hubert Oxford IV
Benckenstein & Oxford, LLP
3535 Calder Avenue, 3rd Floor
P.O. Drawer 150
Beaumont, Texas 77704

Attorneys for QAD, Inc.
Jason Pickering, Esquire
QAD, Inc.
Legal Department
10,000 Midlantic Drive
Mt. Laurel, New Jersey 08054

Proposed Counsel for Welch and Welch Companies, Inc. d/b/a Sunshine Health Foods
B. Wayne Williams
Reagan D. Wise
Webb Sanders & Williams PLLC
363 North Broadway
P.O. box 496
Tupelo, MS 38802-0496

Attorneys for Larry E. Miller
Alan Vanderhoff
Vanderhoff Law Group
701 "B" Street, Suite 1000
San Diego, California 92101

Attorneys for NBTY Successor in Interest to Vitamin World, Inc. and Rexall Sundown, Inc. n/k/a NBTY
Lisa M. Golden
Craig M. Johnson
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Attorneys for Chattem, Inc.
J. Alexandra Rhim
Buchalter, Nemer, Fields & Younger
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017

Attorneys for Creditor Xiuhui Deng
Peter Brown
DawsonBrown
1000 2nd Ave., Ste. 1420
Seattle, WA 98104

Attorneys for Creditor Xiuhui Deng
Richard Schwabe
316 Melrose Drive, #100
Vista, CA 92081-6618