FILED

2007 OCT 11   AM 8:37

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ *dp*_ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

CASE NO.  05cv1802-IEG (RBB)

**SUPPLEMENTAL ORDER REGARDING TRANSFER OF CASES PURSUANT TO 28 U.S.C. § 157(b)(5)**

In Re:

MII LIQUIDATION fka METABOLIFE INTERNATIONAL, INC. and ALPINE HEALTH PRODUCTS, LLC,

Debtors/Petitioners

On or about October 24, 2005, this Court entered its Order granting the petition of the Debtors-in-Possession pursuant to 28 U.S.C. § 157(b)(5) for an order determining that personal injury tort and wrongful death ("PITWD") claims, which cannot be tried in bankruptcy court, shall be heard in this district court rather than in state and federal courts throughout the country ("PITWD Order").

On or about December 2, 2005, Debtors-in Possession provided the Court with a list identifying Ephedra Actions which were not part of the MDL proceeding as of the date of the filing of the Metabolife and Alpine Health bankruptcy petitions on June 30, 2005.  This Court ordered that those cases be transferred to this Court.

810415.1

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

1   At this time, there remain five actions which were not included on that list and therefore

2   have not yet been transferred to this Court pursuant to the PITWD Order due to the fact that they

3   were either not yet filed, or were inadvertently overlooked.  Those actions are:  (1) *Bilderback v.*

4   *Metabolife, et al.* Washington Superior Court for Pierce County, Case No. 05-2-06767-1;

5   (2) *Dickey v. Metabolife, et al.* 113th Judicial District Court for Harris County, Texas, Case No.

6   2005-34601; (3) *German v. Metabolife, et al.* San Diego Superior Court, Case No. GIC 849826;

7   (4) *Hazelwood v. Metabolife, et al,* Circuit Court of Jackson County, Missouri at Kansas City,

8   Case No. 04cv233637; *Sobczak v. Metabolife, et al.* San Diego Superior Court,

9   Case No. GIC 849722 ("Five Remaining Cases").

10

11   Based upon the Court's November 3, 2005 order and on the stipulations signed by counsel

12   for each of the respective parties named in the Five Remaining Cases (which are attached hereto

13   as Exhibit 1) and to effect the transfer of the Five Remaining Cases to this Court, the Court

14   hereby orders as follows:

15

16   1.  Each of the Five Remaining Cases shall be transferred forthwith to this Court.  Counsel

17   for Debtors-in-Possession shall take such action as is necessary to transfer venue of the identified

18   Five Remaining Cases to this Court;

19   2.  The Five Remaining Cases are to be transferred to this Court only temporarily, for the

20   purpose of forwarding them on to the Ephedra MDL Action in the Southern District of New

21   York.  Counsel for Debtors-in-Possession shall take such action as is necessary to complete the

22   ///

23   ///

24   ///

25

26

27

28

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

1  transfer of said cases to the MDL, including, but not limited to notifying the JPML of the transfer

2  to this Court and requesting a CTO for transfer to the Southern District of New York.

3      **IT IS SO ORDERED.**

4  DATED: _____10/10/07_____            _Irma E. Gonzalez_

5                                      HON. IRMA E. GONZALEZ, Chief Judge
                                       United States District Court
6                                      Southern District of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Exhibit 1

THE HONORABLE THOMAS J. FELNAGLE

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| | |
|---|---|
| DENNIS C. BILDERBACK, Jr. and DAPHNE BILDERBACK, husband and wife, individually and the marital community composed thereof,<br><br>             Plaintiffs,<br><br>    v.<br><br>MORTON GENERAL HOSPITAL; RONALD J. WILLIAMS, M.D.; METABOLIFE INTERNATIONAL, INC., a California corporation; and THE CHEMINS COMPANY, INC., a Colorado corporation;<br><br>             Defendants. | NO.  05-2-06767-1<br><br><br>**STIPULATION FOR TRANSFER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record, and pursuant to 28 USC Section 157(b)(5), that the above-captioned matter be transferred to the United States District Court for the Southern District of California.

The undersigned further stipulate that this action, once received by the United States District Court for the Southern District of California, is a tag-along action to the existing multi-district litigation styled "In re Ephedra Products Liability Litigation," No. 04-1598 (JSR),

STIPULATION FOR TRANSFER - 1

12360 Lake City Way NE, #420
Seattle, WA 98125
Tel: 206-365-3650
LAW OFFICES OF REED SCHIFFERMAN

1    pending in the United States District Court for the Southern District of New York.

2          The undersigned agree:

3    •   That the United States Judicial Panel on Multidistrict Litigation ("JPML") should

4        forthwith send this action, pursuant to a Conditional Transfer order ("CTO"), to the

5        Ephedra MDL; and

6    •   To cooperate in the designation of this action as a tag-along action and waive, to the

7        extent permissible under the JPML rules, any opportunity to object to or oppose such

8        CTO.

9    **IT IS SO STIPULATED:**

10         DATED this _____ day of July, 2007.

11   Dated:   _7 - 6 · 07_____

12                                              LAW OFFICES OF REED SCHIFFERMAN

13

14                                              By _____
                                                    Reed P. Schifferman,  WSBA #11172
                                                    Attorneys for Plaintiffs

15

16   Dated:   _7/9/07_____          JOHNSON GRAFFE KEAY MONIZ & WICK

17

18                                              By _____
                                                    A. Clarke Johnson,  WSBA #8280
19                                              Attorneys for Defendants Williams and Morton
                                                General Hospital

20

21

22

23

24

STIPULATION FOR TRANSFER - 2

pending in the United States District Court for the Southern District of New York.

The undersigned agree:

- That the United States Judicial Panel on Multidistrict Litigation ("JPML") should forthwith send this action, pursuant to a Conditional Transfer order ("CTO"), to the Ephedra MDL; and

- To cooperate in the designation of this action as a tag-along action and waive, to the extent permissible under the JPML rules, any opportunity to object to or oppose such CTO.

**IT IS SO STIPULATED:**

DATED this _____ day of July, 2007.

Dated: _____7 - 6 · 0 7_____

LAW OFFICES OF REED SCHIFFERMAN

By _____
Reed P. Schifferman, WSBA #11172
Attorneys for Plaintiffs

Dated: _____

JOHNSON GRAFFE KEAY MONIZ & WICK

By _____
A. Clarke Johnson, WSBA #8280
Attorneys for Defendants Williams and Morton
General Hospital

STIPULATION FOR TRANSFER - 2

pending in the United States District Court for the Southern District of New York.

The undersigned agree:

• that the United States Judicial Panel on Multidistrict Litigation ("JPML") should forthwith send this action, pursuant to a Conditional Transfer Order ("CTO"), to the Ephedra MDL; and

• to cooperate in the designation of this action as a tag-along action and waive, to the extent permissible under the JPML rules, any opportunity to object to or oppose such CTO.

**IT IS SO STIPULATED:**

DATED: *October 2, 2007*

HIGGS, FLETCHER & MACK LLP

By: _____

WILLIAM M. LOW, ESQ.
Attorneys for Defendant,
Metabolife International, Inc.

-2-

CAUSE NO. 2005-34601

| | | |
|---|---|---|
| MARCY BERKLEY DICKEY, | § | IN THE DISTRICT COURT OF |
| INDIVIDUALLY AND AS NEXT FRIEND | § | |
| OF DASHUN DICKEY, AND | § | |
| KRISTIAN DICKEY | § | |
|     Plaintiffs, | § | |
| | § | |
| VS. | § | HARRIS COUNTY, T E X A S |
| | § | |
| METABOLIFE INTERNATIONAL, INC., | § | |
| WAL-MART STORES, INC., | § | |
| MUSCLETECH RESEARCH | § | |
| DEVELOPMENT, INC., | § | |
| RUSCHE PROPERTIES I LLC, AND | § | |
| ANUM ENTERPRISES, INC. | § | |
|     Defendants. | § | 113th JUDICIAL DISTRICT |

## STIPULATION FOR TRANSFER

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record, and pursuant to 28 U.S.C. § 157 (b) (5), that the above-captioned matter be transferred to the United States District Court for the Southern District of California.

The undersigned further stipulate that this action, once received by the United States District Court for the Southern District of California, is a tag-along action to the existing multi-district litigation styled "In re Ephedra Products Liability Litigation," No. 04-1598 (JSR), pending in the United States District Court for the Southern District of New York.

The undersigned agree:

H:\DATA\mbd001\70149\423225.DOC

- that the United States Judicial Panel on Multidistrict Litigation ("JPML") should forthwith send this action, pursuant to a Conditional Transfer Order ("CTO"), to the Ephedra MDL; and

- to cooperate in the designation of this action as a tag-along action and waive, to the extent permissible under the JPML rules, any opportunity to object to or oppose such CTO.

**IT IS SO STIPULATED:**

DATED: _6/11/07_____

CRUSE, SCOTT, HENDERSON & ALLEN, LLP

By: _____

Stephen R. Bailey
Texas Bar No. 01536660
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Tel: (713) 650-6600
Fax: (713) 650-1720
E-mail: sbailey@crusescott.com

*Attorneys for Plaintiffs,*
*Marcy Berkley Dickey, Individually*
*and As Next Friend of Dashun Dickey,*
*and Kristian Dickey*

DATED: _8/9/07_____

HAYS, McCONN, RICE & PICKERING

By: _____

Bruce C. Galble
Texas Bar No. 07567400
400 Two Allen Center
1200 Smith Street
Houston, Texas 77002
Tel: (713) 654-1111
Fax: (713) 650-0027

*Attorneys for Defendant*
*Anum Enterprises, Inc.*

H:\DATA\mbd0017\0146\423225.DOC

2

DATED: _October 2, 2007_

HIGGS, FLETCHER & MACK, L.L.P.

By

William M. Low
First National Bank Building
401 West "A" Street, Suite 2600
San Diego, CA 92101
Tel: (619) 236-1551
Fax: (619) 696-1410

_Attorneys for Defendant_

H:\DATA\mbd001\70149\423228.DOC                    3

3

1    JOHN C. THORNTON, ESQ. SBN: 84492
     ANNE ANDREWS, ESQ. SBN: 103280
2    **ANDREWS & THORNTON**
     2 CORPORATE PARK, SUITE 110
3    IRVINE, CALIFORNIA 92606
     TELEPHONE: (949) 748-1000
4    FACSIMILE: (949) 315-3540

5    Attorneys for Plaintiffs

6

7                    SUPERIOR COURT FOR THE STATE OF CALIFORNIA

8                         FOR THE COUNTY OF SAN DIEGO

9

10   **CAROLYN GERMAN and GLEN**          )    CASE NO. GIC 849826
     **GERMAN,**                          )
11                                        )    **STIPULATION FOR TRANSER**
                      Plaintiffs,         )
12                                        )
           vs.                            )
13                                        )
     **METABOLIFE INTERNATIONAL, INC.L**  )
14   **MICHAEL EIILIS; ROBERT BRADLEY;**  )
     **MICHAEL BLEVINS** and DOES 1 through)
15   100, inclusive,                      )
                                          )
16                    Defendants.         )
                                          )
17   _____  )

18

19         **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

20   respective counsel of record, and pursuant to 28 U.S.C. § 157 (b) (5), that the above-

21   captioned matter be transferred to the United States District Court for the Southern

22   District of California.

23         The undersigned further stipulate that this action, once received by the United

24   States District Court for the Southern District of California, is a tag-along action to the

25   existing multi-district litigation styled "In re Ephedra Products Liability Litigation," No. 04-

26   1598 (JSR), pending in the United States District Court for the Southern District of New

27   York.

28

The undersigned agree:

- that the United States Judicial Panel on Multidistrict Litigation ("JPML") should forthwith send this action, pursuant to a Conditional Transfer Order ("CTO"), to the Ephedra MDL; and

- to cooperate in the designation of this action as a tag-along action and waive, to the

extent permissible under the JPML rules, any opportunity to object to or oppose such CTO.

**IT IS SO STIPULATED:**

Dated: _Oct 4, 2007_          By: _____

                              **ANDREWS & THORNTON**
                              Anne Andrews
                              John C. Thornton
                              Attorneys for Plaintiffs

Dated: _____          **HIGGS, FLETCHER & MACK, LLP**


                              By: _____

2
STIPULATION FOR TRANSFER

1    pending in the United States District Court for the Southern District of New York.

2    The undersigned agree:

3        •    that the United States Judicial Panel on Multidistrict Litigation ("JPML") should

4    forthwith send this action, pursuant to a Conditional Transfer Order ("CTO"), to the Ephedra

5    MDL; and

6

7        •    to cooperate in the designation of this action as a tag-along action and waive, to

8    the extent permissible under the JPML rules, any opportunity to object to or oppose such CTO.

9

10   **IT IS SO STIPULATED:**

11   DATED: _____        HIGGS, FLETCHER & MACK LLP

12

13                                          By: _____

14                                          WILLIAM M. LOW, ESQ.
                                            Attorneys for Defendant,
15                                          Metabolife International, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

DARRIN HAZELWOOD                    )
                                    )
          Plaintiff,                )
                                    )
                                    )
v.                                  )          Case No.:      04CV233637
                                    )          Division No.:  4
                                    )
METABOLIFE INTERNATIONAL,           )
INC., a corporation;                )
METABOLIFE INTERNATIONAL            )
LLC, a company; GLOBAL              )
METABOLIFE 356 LLC, a company;      )
                                    )
          Defendants.               )

## STIPULATION FOR TRANSFER

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their

respective counsel of record, and pursuant to 28 U.S.C. § 157 (b) (5), that the above-captioned

matter be transferred to the United States District Court for the Southern District of California.

The undersigned further stipulate that this action, once received by the United

States District Court for the Southern District of California, is a tag-along action to the existing

multi-district litigation styled "In re Ephedra Products Liability Litigation," No. 04-1598 (JSR),

pending in the United States District Court for the Southern District of New York.

The undersigned agree:

•       that the United States Judicial Panel on Multidistrict Litigation ("JPML") should

forthwith send this action, pursuant to a Conditional Transfer Order ("CTO"), to the Ephedra

MDL; and

- to cooperate in the designation of this action as a tag-along action and waive, to the extent permissible under the JPML rules, any opportunity to object to or oppose such CTO.

**IT IS SO STIPULATED:**

Respectfully submitted,

**PETERSON & ASSOCIATES, P.C.**

David M. Peterson          #32229
Samuel M. Wendt           #53573
Nicholas S. Clevenger      #57171
Peter E. Goss               #57933
The Park Plaza Building
801 West 47th Street, Suite 107
Kansas City, Missouri 64112
Phone: (816) 531-4440
Fax: (816) 531-0660
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE:**

I hereby certify that on this _18th_
day of June, 2007 a true and
correct of the above and
foregoing document was
sent via U.S. Mail postage
prepaid to:

Higgs, Fletcher & Mack LLP
William M. Low, Esquire
Mary R. Robberson, Esquire
401 West "A" Street, Suite 2600
San Diego, CA 92101
619-236-1551
619-696-1410 FAX
**ATTORNEYS FOR DEFENDANT**

**ATTORNEY FOR PLAINTIFF**

Z:\Active Cases\METABOLIFE\ACTIVE CASES\Hazelwood, Darrin\PLEADINGS\Stipulation.DOC

pending in the United States District Court for the Southern District of New York.

The undersigned agree:

- that the United States Judicial Panel on Multidistrict Litigation ("JPML") should forthwith send this action, pursuant to a Conditional Transfer Order ("CTO"), to the Ephedra MDL; and

- to cooperate in the designation of this action as a tag-along action and waive, to the extent permissible under the JPML rules, any opportunity to object to or oppose such CTO.

**IT IS SO STIPULATED:**

DATED: _October 2, 2007_                     HIGGS, FLETCHER & MACK LLP

By _____ for

WILLIAM M. LOW, ESQ.
Attorneys for Defendant,
Metabolife International, Inc.

809329.1

Trent B. Miracle
SIMMONSCOOPER LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
Attorneys for Plaintiff


## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| Nicole A. Sobczak, Individually, | CASE NO. GIC 849722 |
| Plaintiff, | **STIPULATION FOR TRANSFER** |
| v. | |
| Metabolife International, Inc., and DOES 1 through 50, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record, and pursuant to 28 U.S.C. § 157 (b) (5), that the above-captioned matter be transferred to the United States District Court for the Southern District of California.

The undersigned further stipulate that this action, once received by the United States District Court for the Southern District of California, is a tag-along action to the existing multi-district litigation styled "In re Ephedra Products Liability Litigation," No. 04-1598 (JSR), pending in the United States District Court for the Southern District of New York.

809329.1

The undersigned agree:

- that the United States Judicial Panel on Multidistrict Litigation ("JPML") should forthwith send this action, pursuant to a Conditional Transfer Order ("CTO"), to the Ephedra MDL; and

- to cooperate in the designation of this action as a tag-along action and waive, to the extent permissible under the JPML rules, any opportunity to object to or oppose such CTO.

**IT IS SO STIPULATED:**

DATED: 6-11-07

SIMMONSCOOPER LLC

By: _____
    TRENT B. MIRACLE, ESQ.
    Attorney for Plaintiff,

DATED: October 2, 2007

HIGGS, FLETCHER & MACK LLP

By: _____
    WILLIAM M. LOW, ESQ.
    Attorneys for Defendant,

809329.1

1    **MII LIQUIDATION fka METABOLIFE**          **CASE NO. 05cv1802-IEG (RBB)**
     **INTERNATIONAL, INC. and ALPINE**
2    **HEALTH PRODUCTS, INC.**

3                        <u>**PROOF OF SERVICE**</u>

4        I, Denise L. Saria, declare:

5        I am a resident of the State of California and over the age of eighteen years, and not a
party to the within-entitled action; my business address is 401 West "A" Street, Suite 2600, San
6 Diego, California 92101-7913. On October 5, 2007, I served the within documents, with all
exhibits (if any):

7

8              **SUPPLEMENTAL ORDER REGARDING TRANSFER OF**
             **CASES PURSUANT TO 28 U.S.C. § 157(b)(5)**

9

10    ☐      by transmitting via facsimile the document(s) listed above to the fax number(s) set
            forth below on this date before 5:00 p.m. A copy of the transmission report issued
11             by the transmitting facsimile machine is attached hereto.

12    ☒      by placing the document(s) listed above in a sealed envelope with postage thereon
            fully prepaid, in the United States mail at San Diego, California addressed as set
13             forth below.

14    ☐      by placing the document(s) listed above in a sealed _____ envelope and
            affixing a pre-paid air bill, and causing the envelope to be delivered to a
15             _____ agent for delivery. A true and correct copy of the airbill is attached
16             hereto.

17    ☐      by personally delivering the document(s) listed above to the person(s) at the
            address(es) set forth below.
18

19    ☐      by transmitting via e-mail or electronic transmission the document(s) listed above
            to the person(s) at the e-mail address(es) set forth below.

20      **See attached Service List**

21        I am readily familiar with the firm's practice of collection and processing correspondence
for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
22 day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
motion of the party served, service is presumed invalid if postal cancellation date or postage
23 meter date is more than one day after date of deposit for mailing in affidavit.

24        I declare that I am employed in the office of a member of the bar of this court at whose
direction the service was made. Executed on October 5, 2007, at San Diego, California.
25

26

27                            _____
                                Denise L. Saria
28

# SERVICE LIST

Stephen R. Bailey, Esq.
Texas State Bar No. 01536660
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Tel: 713.650.6600
Fax: 713.650.1720
Email: sbailey@crusescott.com

*Attorneys for Plaintiffs,*
*Marcy Berkley Dickey, Individually*
*and As Next Friend of Dashun Dickey,*
*and Kristian Dickey*

Bruce C. Gaible, Esq.
Texas Bar No. 07567400
400 Two Allen Center
1200 Smith Street
Houston, Texas 77002
Tel: 713.654.1111
Fax: 713.650.0027

*Attorney for Defendant*
*Anum Enterprises, Inc.*

Reed P. Schifferman, Esq.
WSBA #11172
Law Offices of Reed Schifferman
12360 Lake City Way, NE, #420
Seattle, Washington 98125
Tel: 206.365.3650
Fax: 206.365.3898

*Attorney for Plaintiffs,*
*Dennis C. Bilderback, Jr. and*
*Daphne Bilderback, husband and wife,*
*individually and the marital community*
*composed thereof*

A. Clarke Johnson, Esq.
WSBA #8280
JOHNSON GRAFFE KEAY MONIZ & WICK
925 Fourth Avenue, Suite 2300
Seattle, Washington 98104-1158
Tel: 206.223.4770
Fax: 206.386.7344

*Attorneys for Defendants,*
*William and Morton General Hospital*

Trent B. Miracle, Esq.
SIMMONSCOOPER LLC
707 Berkshire Boulevard
East Alton, Illinois 62024
Tel: 618.259.2222

*Attorney for Plaintiff,*
*Nicole A. Sobczak, Individually*

David M. Peterson, Esq.
Samuel M. Wendt, Esq.
Nicholas S. Clevenger, Esq.
Peter E. Gross, Esq.
PETERSON & ASSOCIATES, P.C.
The Park Plaza Building
801 West 47th Street, Suite 107
Kansas City, Missouri 64112
Tel: 816.531.4440
Fax: 816.531.0660

*Attorneys for Plaintiff,*
*Darrin Hazelwood*